# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYRON ATRICE PAYNE, | NO. CV 11-3564 JHN (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| R. LOPEZ, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED : May 17, 2011

/s/ Nguyen
JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE